UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

**HOST AGENCY, LLC**,

**McALLISTER TOWING OF VIRGINIA, INC.**

      Plaintiffs,

v.                          Civil Action No. 2:23-cv-413

M/V ASAHI BULKER, IMO No. 9527180,
her engines, boilers, tackle, equipment,
appurtenances, and cargo, *in rem*,

      Defendant *in rem.*

**VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF
WARRANT FOR ARREST OF VESSEL, *IN REM***

Plaintiffs, Host Agency, LLC ("Host") and McAllister Towing of Virginia, Inc. ("McAllister") for their Verified Complaint in Admiralty against Defendant vessel, M/V ASAHI BULKER, IMO No. 9527180, her engines, boilers, tackle, equipment, appurtenances, and cargo, *in rem* ("the Vessel"), states as follows:

**Jurisdiction and Venue**

1. This is a case for breach of maritime contracts, namely, failure to pay contracted-for port dues and expenses necessary for bringing the Vessel into the Port of Norfolk/Newport News and husbanding (Host) and for tug and tow services (McAllister) provided to the Vessel on the navigable waters of the United States and comes within this Court's original admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1333 and Rule 9(h) of the Federal Rules of Civil Procedure, and Supplemental Rule C for Certain Admiralty and Maritime Claims.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because the Vessel is located within the District.

### The Parties

2. Plaintiffs Host and McAllister respectively are a Virginia Limited Liability Company and Virginia corporation. Host is an agent, and McAllister a tug services provider which on behalf of the Vessel's owners and/or charterers and/or managers expended and committed to on behalf of such owners and/or charterers and/or managers amounts for maritime necessaries, as set out herein.

3. Defendant Vessel is a Panama flagged bulk carrier, approximately 177 meters in length, 33,179 dead weight tons, built in 2012.

### Count I – Breach of Maritime Contract – Host

4. Host repeats the foregoing paragraphs.

5. Host on order of the Vessel's owners and/or charterers and/or managers expended and committed to on behalf of such owners and/or charterers and/or managers amounts for maritime necessaries, namely, port expenses, namely, pilotage, dockage, customs fee, harbor and launch hire, agency fee, survey fees, and related fees and costs, as detailed in **Exhibit A hereto** and in the total demanded below.

6. Despite repeated demand Host has not been paid the demanded amount and therefore Host holds a maritime lien *in rem* against the Vessel.

### Count I – Breach of Maritime Contract – McAllister

7. McAllister repeats the foregoing paragraphs.

8. McAllister on order of the Vessel's agents and/or owners and/or charterers and/or managers provided tug services to the Vessel, as invoiced in **Exhibit B hereto** and in the total demanded below.

9. McAllister holds a maritime lien *in rem* against the Vessel, in the amount demanded below.

WHEREFORE, Plaintiffs pray for the following relief:

i) That a warrant for the arrest of the Vessel issue and that all persons claiming an interest therein be cited to appear and answer the matters stated in this Verified Complaint;

ii) That judgment be entered in Plaintiffs' respective favor and against the Vessel in the amount of damages incurred by its providing necessaries to the Vessel, namely:

- Host, $183,532.93

- McAllister, $7,000

iii) That judgment be entered in Plaintiffs' favor and against the Vessel in the amount of Plaintiffs' maritime lien claims, costs of arrest and of suit, plus prejudgment interest (collectively, "Claims");

iv) That the Vessel be condemned and sold to satisfy Plaintiffs' Claims;

v) That Plaintiffs be awarded such other amounts including damages as may be proved at trial;

vi) That Plaintiffs have pre- and post-judgment interest, expenses *custodia legis* costs and attorneys' fees; and

vii) That Plaintiffs have such other and further relief as the Court and justice may deem just and proper.

**HOST AGENCY, LLC**,
**McALLISTER TOWING OF VIRGINIA, INC.**

By: /s/ David N. Ventker
_____
Of Counsel
David N. Ventker, Esq. (VSB No. 29983)
Marissa M. Henderson, Esq. (VSB No. 44156)
Ventker Henderson Stancliff, PLLC
256 West Freemason St.
Norfolk, Virginia 23510
Telephone: (757) 625- 1476
Facsimile: (757) 625-1475

dventker@ventkerlaw.com
mhenderson@ventkerlaw.com
*Counsel for Plaintiffs*

J. Stephen Simms
Gary C. Murphy
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
443-290-8704
Facsimile 410-510-1789

### **VERIFICATION - Host**

William Davis, III, Vice President of Host, a Plaintiff in this action, verifies under solemn affirmation that the facts alleged in the foregoing Complaint are true and correct to the best of my knowledge and information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2023.

/s/ William Davis III

### **VERIFICATION - McAllister**

Alessandra Tebaldi, General Counsel of McAllister, a Plaintiff in this action, verifies under solemn affirmation that the facts alleged in the foregoing Complaint are true and correct to the best of my knowledge and information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2023.

Alessandra Tebaldi