UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

**HOST AGENCY, LLC**,

**McALLISTER TOWING OF VIRGINIA, INC.**

      Plaintiffs,

v.                                               Civil Action No. 2:23-cv-413

M/V ASAHI BULKER, IMO No. 9527180,
her engines, boilers, tackle, equipment,
appurtenances, and cargo, *in rem*,

      Defendant *in rem.*

### MOTION FOR APPOINTMENT OF A SUBSTITUTE CUSTODIAN
### AND MEMORANDUM IN SUPPORT

Pursuant to Local Admiralty Rule (e)(14)(c), Plaintiffs, Host Agency, LLC ("Host") and McAllister Towing of Virginia, Inc. ("McAllister"), by and through their undersigned counsel, move this Court for an Order appointing William S. Davis III as the Substitute Custodian for M/V ASAHI BULKER, IMO No. 9527180 ("Vessel"), and in support of said motion represents the following:

1.  On or about August 23, 2023, Plaintiffs initiated the above-styled cause against Vessel, its engines, tackles, equipment and appurtenances.

2.  Plaintiffs anticipate that the Clerk on order of this Court will issue a Warrant of Arrest against Vessel directing the U.S. Marshal to take custody of the Vessel and to retain custody of the Vessel pending further order of this Court.

3.  It is contemplated that subsequent to the issuance of the Warrant of Arrest the Marshal will take steps to immediately seize the Vessel. Thereafter, continual custody by the

Marshal will require the services of at least one custodian at substantial cost.

4. Subject to the approval of the Court, the proposed Substitute Custodian, William S. Davis III through plaintiff Host, is prepared to provide insurance, security, wharf age, and routine services for the safekeeping of the Vessel at a cost substantially less than that presently required by the Marshal. The Substitute Custodian has also agreed to continue to provide these services pending further order of this Court.

5. William S. Davis III through plaintiff Host, an experienced vessel husbanding agent has adequate facilities for the care, maintenance and security of the Vessel and insurance in the amount, form and substance required by the Court. In discharging his and its obligations the Substitute Custodian shall comply with all orders of the Captain of the Port, United States Coast Guard, including, but not limited to, an order to move Vessel and any applicable federal, state and local laws and regulations pertaining to the Vessel and port safety.

6. Pending the Court's approval of the Motion for Appointment of Substitute Custodian, the Plaintiff and the Substitute Custodian have file concurrently herein a Consent and Indemnification Agreement in accordance with Local Admiralty Rule (e)(l4)(c).

THEREFORE, in accordance with the representations set forth in this instrument, and subject to approval of the indemnification agreement noted in paragraph (6) above, Plaintiff requests this Court to enter an order appointing William S. Davis III as the Substitute Custodian for the Vessel.

Dated: Wednesday, August 23, 2023.

**HOST AGENCY, LLC**,
**McALLISTER TOWING OF VIRGINIA, INC.**

By: /s/ David N. Ventker
     Of Counsel

David N. Ventker, Esq. (VSB No. 29983)
Marissa M. Henderson, Esq. (VSB No. 44156)
Ventker Henderson Stancliff, PLLC
256 West Freemason St.
Norfolk, Virginia 23510
Telephone: (757) 625- 1476
Facsimile: (757) 625-1475
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com

J. Stephen Simms (*Pro Hac Vice* Pending)
Gary C. Murphy (*Pro Hac Vice* Pending)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Telephone: 443-290-8704
Facsimile 410-510-1789
jssimms@simmsshowers.com
gcmurphy@simmsshowers.com

*Counsel for Plaintiffs*