UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

**HOST AGENCY, LLC**,

**McALLISTER TOWING OF VIRGINIA, INC.**

      Plaintiffs,

v.                                          Civil Action No. 2:23-cv-413

M/V ASAHI BULKER, IMO No. 9527180,
her engines, boilers, tackle, equipment,
appurtenances, and cargo, *in rem*,

      Defendant *in rem*.

### CONSENT AND INDEMNIFICATION AGREEMENT
### FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

Plaintiffs, Host Agency, LLC ("Host") and McAllister Towing of Virginia, Inc. "McAllister"), by and through their undersigned counsel, and William S. Davis III, the proposed Substitute Custodian, herby expressly release the United States Marshal for this District and the United States Marshal's Service from any and all liability and responsibility for the care and custody of the M/V ASAHI BULKER, IMO No. 9527180 ("Vessel") while in the custody of the Substitute Custodian, William S. Davis III ("Substitute Custodian").

The Substitute Custodian through plaintiff Host has appropriate insurance coverage in place in an amount sufficient to cover the potential loss of the Vessel. Host and McAllister and the Substitute Custodian expressly agree to hold the United States Marshal for this District and the United States Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that the attorney has been expressly authorized by the Plaintiffs to sign this Consent and Indemnification Agreement for and on behalf said Plaintiff.

Dated: Wednesday, August 23, 2023.

                                      **HOST AGENCY, LLC**,
                                      **McALLISTER TOWING OF VIRGINIA, INC.**

By: /s/ David N. Ventker
                                      Of Counsel
David N. Ventker, Esq. (VSB No. 29983)
Marissa M. Henderson, Esq. (VSB No. 44156)
Ventker Henderson Stancliff, PLLC
256 West Freemason St.
Norfolk, Virginia 23510
Telephone: (757) 625- 1476
Facsimile: (757) 625-1475
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com
*Counsel for Plaintiffs*

OF COUNSEL
J. Stephen Simms
Gary C. Murphy
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
443-290-8704
Facsimile 410-510-1789

                                      William S. Davis III
                                      Host Agency, LLC
                                      150 W. Main St, Ste 1600, Norfolk, VA 23510
                                      O: 757-627-6286 C: 757-650-3701

                                      Substitute Custodian