UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| HOST AGENCY, LLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> M/V ASAHI BULKER, IMO No. 9527180, her engines, boilers, tackle, equipment, appurtenances, and cargo, *in rem*, <br><br> Defendant *in rem*. | Civil No. 2:23cv413 |

## ORDER GRANTING APPOINTMENT OF SUBSTITUTE CUSTODIAN

Before the Court is a Motion for Appointment of a Substitute Custodian for the M/V ASAHI BULKER, IMO No. 9527180 ("Vessel") by Plaintiffs Host Agency, LLC and McAllister Towing of Virginia, Inc. ECF No. 4. The Court having reviewed the Plaintiff's Motion for Appointment of a Substitute Custodian and Memorandum in Support, as well as the Consent and Indemnification Agreement for the Appointment of a Substitute Custodian (ECF No. 4-1), and being otherwise duly advised in the premises, it is:

ORDERED AND ADJUDGED that the U.S. Marshal for the Eastern District of Virginia, Norfolk Division, be, and is, hereby authorized and directed forthwith to surrender the possession of the Vessel to the Substitute Custodian, William S. Davis III, and that upon such surrender the Marshal be discharged from his duties and

responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising whatever out of the said substituted possession and safekeeping;

That William S. Davis III be and is hereby appointed Custodian of the Vessel to retain the same in its custody and control for safekeeping; and

That all expenses for the safekeeping of the Vessel shall be deemed an administrative expense.

The Clerk is directed to provide certified copies of this Order to all counsel of record and to the Substitute Custodian.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

August 24, 2023
Norfolk, Virginia